IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEVEN B. THORPE,**

**Plaintiff,**

**v.**

**CRAFTMATIC OF 10,000 LAKES, INC.
and ARROW TRANSPORTATION, INC.,**

**Defendants.**                                                      **No. 05-CV-0623-DRH**

### ORDER

**HERNDON, District Judge:**

      This sua sponte Order is triggered by the Court's initial review of the complaint.[1] On July 27, 2005 Steven B. Thorpe filed suit against Craftmatic of 10,000 Lakes, Inc. ("Craftmatic") and Arrow Transportation, Inc. ("Arrow"), in the St. Clair County, Illinois Circuit Court for consumer fraud and negligence arising out of the sale and delivery of a Craftmatic bed (Doc. 2). On August 29, 2005, Defendants removed the case to this Court based on diversity jurisdiction (Doc. 1). The Court notes that neither Thorpe's complaint pleads damages in excess of

---

[1] This Court always undertakes a review of newly-filed complaints; *see Wisconsin Knife Works v. National Metal Crafters*, **781 F.2d 1280, 1282 (7th Cir. 1986)**: The first thing a federal judge should do when a complaint is filed is check to see that federal question jurisdiction is properly alleged.

$75,000 nor Defendants' notice of removal establishes that the amount in controversy exceeds $75,000 as required by **28 U.S.C. §§ 1332, 1441(a)**. Based on the complaint and the notice of removal, the Court cannot ascertain whether it has subject matter jurisdiction. To the contrary, the Complaint appears to suggest that the jurisdictional amount cannot be met. Accordingly, the Court **ALLOWS** Defendants up to and including September 13, 2005 to file a brief addressing subject matter jurisdiction and **ALLOWS** Plaintiff up to and including September 27, 2004 to file a response. The briefs shall be no longer than 10 pages.

**IT IS SO ORDERED.**

Signed this 30th day of August, 2005.

/s/   David RHerndon
**United States District Judge**