## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **THORPE,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-CV-623-DRH** |
| | ) | |
| **CRAFTMATIC OF 10,000 LAKES, INC., et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   12th   day of September   , 2005

/s/        David RHerndon
**UNITED STATES DISTRICT JUDGE**