IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEVEN B. THORPE,**

    **Plaintiff,**

    vs.                        Cause No. 05-CV-623-DRH

**CRAFTMATIC OF 10,000 LAKES, INC.,
ET AL.,**

    **Defendants**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and attorneys' fees..-----------------------------------------------------------

                                              **NORBERT G. JAWORSKI, CLERK**

November 15, 2005                        By:  s/Patricia Brown
                                                        Deputy Clerk

APPROVED:/s/      David R Herndon
                    **U.S. DISTRICT JUDGE**